**Order filed March 25, 2021**



### In The

# Eleventh Court of Appeals

_____

## No. 11-20-00012-CR

_____

## MARIA JESUS SANCHEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-17-1052-CR**

### O R D E R

This court previously issued an opinion in this cause after Appellant's counsel filed an *Anders* brief. The State sought discretionary review in the Court of Criminal Appeals. In its amended petition for discretionary review, the State pointed out that appellate counsel for Appellant "was conflicted out of representing her." The Court of Criminal Appeals agreed, as do we. Because of appellate counsel's disqualification, the Court of Criminal Appeals has vacated the previous judgment of this court and has remanded the cause to this court. We now abate the appeal and

remand the cause to the trial court for the appointment of new appellate counsel to represent Appellant in this appeal.

The clerk of the trial court is directed to prepare and forward to this court a supplemental clerk's record containing a notification of the appointment of new counsel. The record is due to be filed in this court on or before April 9, 2021. Once new counsel has been appointed and the supplemental clerk's record has been filed, the appeal will be reinstated.

New appellate counsel is directed to file a brief on behalf of Appellant. The brief will be due thirty days after this appeal is reinstated.

The appeal is abated.

PER CURIAM

March 25, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.